of fact could base a finding of guilty. Furthermore, the record does not indicate that the triers of fact did, in fact, consider the statement for purposes other than impeachment. The likelihood of that happening was diminished by the fact that an instruction to the effect that the statement could be used only for impeachment was given to the jury that convicted Anderson and Spicer. With regard to the trial judge who convicted Bo Clair and Streeter, it is presumed that the judge in a bench trial considers only competent evidence in arriving at his finding unless the record affirmatively discloses the contrary.

For the foregoing reasons, the convictions of Anderson, Spicer, Bo Clair, and Streeter are affirmed.

Judgments affirmed.

STAMOS, P. J., and LEIGHTON, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, v. Robert L. Bush, Defendant-Appellant.

(No. 55785;

First District (2nd Division)—October 2, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Gerald W. Getty, Public Defender, of Chicago, (Shelvin Singer and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.